UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISTVAN RUZSA,

    Plaintiff,

v.                                                             Case No: 6:24-cv-322-JSS-EJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

Plaintiff, proceeding pro se, filed a complaint in the United States District Court for the District of Columbia challenging decisions related to his entitlement to Social Security benefits that was subsequently transferred to this court. *See* (Dkts. 1, 7.) Plaintiff also filed a motion seeking an order on his complaint that was similarly transferred and remains pending before this court. (Motion, Dkt. 5.) Upon consideration, Plaintiff's Motion does not comply with this court's Local Rules requiring "a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." M.D. Fla. Loc. R. 3.01(a). As written, the court cannot discern the relief requested by Plaintiff in the Motion nor any basis to provide that relief. Accordingly, Plaintiff's "Motion for Order" (Dkt. 5) is **DENIED**. Defendant has filed a Motion to Dismiss or, in the alternative, for Summary Judgment that remains pending before the court and has

been referred to the Honorable Embry J. Kidd, United States Magistrate Judge, for a recommended disposition.

**ORDERED** in Orlando, Florida, on April 4, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party